UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shakhboz Istamov, <br> Plaintiff(s), <br> v. <br> Joseph B. Edlow, <br> Defendant(s). | Case No. 3:26-cv-09962 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Vano I. Haroutunian, an active member in good standing of the bar of New York Court of Appeals, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Shakhboz Istamov in the above-entitled action. My local co-counsel in this case is Inna Parizher, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: ~~270591~~ 270581.

| | |
|---|---|
| 1675 Broadway, 14th Floor, New York, NY | PO Box 43097 Los Angeles, CA 90043 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 575-7900 | (310) 630-9499 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| vharoutunian@ballonstoll.com | InnaParizher@ParizherImmigration.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4226239.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2026

Vano I. Haroutunian
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Vano I. Haroutunian is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 11, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Appellate Division of the Supreme Court of the State of New York Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Vano I Haroutunian

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 13, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of Albany on September 9, 2026.

Robert D Mayberger

Clerk of the Court

CertID-00307512

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D Mayberger

Robert D. Mayberger
Clerk of the Court

Revised January 2022

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

VANO HAROUTUNIAN, Bar # VH1010

was duly admitted to practice in the Court on

November 9, 2005

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On September 9, 2026

Tammi M. Hellwig
Clerk of Court

By s/ R. Juliano
Deputy Clerk