CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
savith.iyengar@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SHAKHBOZ ISTAMOV,

Plaintiff,

v.

JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,

Defendant.

Case No. 3:26-cv-09962-LJC

**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER**

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendant's response to Plaintiff's complaint. Defendant will file their response on or before December 21, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 6. Currently, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or January 19, 2026. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendants file their motion for summary judgment by February 18, 2027.

Dated: November 20, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney
Attorneys for Defendant

Dated: November 20, 2026

*/s/ Vano Haroutunian*
VANO HAROUTUNIAN
Ballon Stoll P.C.
Attorney for Plaintiff

*/s/ Inna Parizher*
INNA PARIZHER
Ballon Stoll P.C.
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/23/2026

HON. LISA J. CISNEROS
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.